STEVEN G. KALAR
Federal Public Defender
SHILPI AGARWAL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:    415.436.7706
Email:         Shilpi_Agarwal@fd.org

Counsel for Defendant Pablo Jose Mendoza

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PABLO JOSE MENDOZA, <br><br> Defendant. | No. CR 10-00301-011 BLF <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING SENTENCE REDUCTION UNDER U.S.S.G. § 1B1.1(b) AND AMENDMENT 782 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant is making an unopposed motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

 Total Offense Level: 31

 Criminal History Category:  II

 Guideline Range: 121 to 151 months

*3582 STIP*, CR 10-301 BLF
DEF. MENDOZA                                         1

Mandatory Minimum: 120 months

3. Defendant was sentenced to 132 months imprisonment on June 28, 2011.

4. According to the Bureau of Prisons, Defendant's current projected release date is January 26, 2021.

5. Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

Total Offense Level: 29

Criminal History Category: II

Guideline Range: 97 to 121 months

Mandatory Minimum: 120 months

7. The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8. Based upon the foregoing, the parties hereby stipulate that the Court may enter an order **reducing Defendant's total term of custody to 120 months,** effective November 1, 2015.

9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

11. Defendant waives his right to appeal the district court's sentence.

1  12. Accordingly, the parties agree that an amended judgment in accordance with this stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual.  A Sentencing Reduction Investigation Report and a proposed amended judgment will be submitted to the Court.

IT IS SO STIPULATED.

July 6, 2015                                                  /s/
_____              _____
DATED                                          MELINDA L. HAAG
                                               United States Attorney
                                               J. DOUGLAS WILSON
                                               Assistant United States Attorney
                                               Northern District of California


July 6, 2015                                                  /s/
_____              _____
DATED                                          STEVEN G. KALAR
                                               Federal Public Defender
                                               SHILPI AGARWAL
                                               Assistant Federal Public Defender
                                               Northern District of California


IT IS SO ORDERED.

R'|ˆÃ.ɇGɛFÍ                     _____
DATED                                          Beth Labson Freeman
                                               United States District Judge

*3582 STIP*, CR 10-301 BLF
DEF. MENDOZA                        3